FILED ___ LODGED ___
RECEIVED ___ COPY ___

MAY 15 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

Nigel Brown TN Brandon Shaw #63566-053
Name and Prisoner/Booking Number

USP Tucson
Place of Confinement

U.S. P.O. Box 24550
Mailing Address

Tucson, AZ. 85734
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

IN THE UNITED STATES DISTRICT COURT

NIGELL BROW TN BRANDON SHAW,
(Full Name of Plaintiff)        Plaintiff,

vs.                                            CASE NO. CV17-0218 TUCJAS
                                                (To be supplied by the Clerk)

(1) Director BOP Patrick Kane,
(Full Name of Defendant)

(2) Warden - J.T. Shartle,

(3) SIS Gallion - SIS,                         CIVIL RIGHTS COMPLAINT
                                                BY A PRISONER
(4) John Doe - Medical Dpt.,
                Defendant(s).                  ☒ Original Complaint
                                                ☐ First Amended Complaint
☐ Check if there are additional Defendants and attach page 1-A listing them.   ☐ Second Amended Complaint

A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☒ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
    ☐ Other: _____

2.  Institution/city where violation occurred: USP Tucson

Revised 3/9/07                          1                              550/555

## B. DEFENDANTS

1. Name of first Defendant: PATRICK KANE. The first Defendant is employed as: DIRECTOR BUREAU OF PRISONS at Central Administration.
   (Position and Title) (Institution)

2. Name of second Defendant: J.T. SHARTLE. The second Defendant is employed as: WARDEN USP TUCSON at USP TUCSON.
   (Position and Title) (Institution)

3. Name of third Defendant: SIS GALLION. The third Defendant is employed as: Special Investigation SVC. at USP TUCSON.
   (Position and Title) (Institution)

4. Name of fourth Defendant: JOHN DOE. The fourth Defendant is employed as: DIRECTOR Medical Dpt at USP TUCSON.
   (Position and Title) (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☐ Yes ☑ No

2. If yes, how many lawsuits have you filed? 0. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: na v. __________
      2. Court and case number: __________.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __________.

   b. Second prior lawsuit:
      1. Parties: na v. __________
      2. Court and case number: __________.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __________.

   c. Third prior lawsuit:
      1. Parties: na v. __________
      2. Court and case number: __________.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __________.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: 8Th. Amendment, CRUEl + unusual punishment

2. Count I. Identify the issue involved. Check only one. State additional issues in separate counts.
   ☐ Basic necessities   ☐ Mail   ☐ Access to the court   ☐ Medical care
   ☐ Disciplinary proceedings   ☐ Property   ☐ Exercise of religion   ☒ Retaliation
   ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____

3. Supporting Facts. State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   APRIL 2016 Received sanction for a phone + DRugs, i was properly disciplined and sanction by (DHO), my sanctions are now discharged, and were dishcharged in 2016. I was placed into Segregation, AKA (SHU), Special Housing unit. I was sanctioned to (Disciplinary SHU segregation) for several months And were disharged in 2016. The Bureau of Prisons Refuse's to Release me from the (shu) and are using my medical NEED's as an excuse to keep me in The (shu) Segregation, To date of Filing This petion MAY 2017 I still Remain in The shu, Since APRIl 2016 i have been incarcerated in The (shu) segregation in violation of my due process, cruel and unusual punishment.

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).
   Being denied due process to be Released from The (shu). Bureau of Prisons has NO Legitimate (Reasons) to keep me incarcerated in The (shu) Segregation.

5. Administrative Remedies:
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count I?   ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?   ☒ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Bureau of Prisons usp tucson Refuse to file and process my grievance(s) under (PIRA) act.

3

COUNT II

1. State the constitutional or other federal civil right that was violated: <u>1 St.
Amendment, Refusing to file and process grievance's.</u>

2. Count II. Identify the issue involved. Check only one. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: <u>filing grievance's.</u>

3. Supporting Facts. State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On or around June 2016, I filed grievance(s) Regarding my Remaining detention in The (shu), USP Tucson Refuses to File and process my grievance(s) pursuant to The (Prison Litigation Reform Act) and The 1st Amendment of The U.S. Constitution. USP Tucson also Refuses to file and process my grievance's on Staff misconduct by SIS and Director, Warden. USP Tucson Refuses to file and process grievance(s) for Holding my Non-Legal and Legal mail incoming and outgoing, "mail".

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).

   Director, Warden, SIS Refuses to File and process my grievance(s) pursuant to The (PLRA) act and 1st amendment

5. Administrative Remedies.
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. <u>Central office BOP, and USP Tucson Refuses to File and process my grievance(s) at every level. impeding outgoing grievances included.</u>

## COUNT III

1. State the constitutional or other federal civil right that was violated: Medical Negligence

2. Count III. Identify the issue involved. Check only one. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: ___

3. Supporting Facts. State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On December 12, 2016 my Right Knee had surgery. Bureau of Prisons were supposed to take me back to outside Surgery on my Left Knee, + had not. I am in great pain, to date of Filing This petion may 2017. The Bureau of Prisons Refuses to proper (adequate) medical care on my Left Knee, and is using my Surgery for an excuse to keep me in (shu) special Housing unit, AKA segregation. Bureau of Prisons Refuse's to supply me with my medical Record's to Attach to This petition, and Refuse's to file and process grievance(s) for my medical Record's to make a prima facie showing (Medical Negligence)

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).
   I am being denied Adequate medical care, Surgery to my Left Knee, I am in pain.

5. Administrative Remedies.
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. USP tucson Refuses to File and process my grievance(s).

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

## E. REQUEST FOR RELIEF

State the relief you are seeking:
(1) Released from segregation (2) Bureau of Prisons file and process my grievance's and Restrain from any Retalliation only, Not to Restrain from Correctional Staff, including impeding Non-Legal + Legal Mail incoming and outgoing. (3) Access to proper Medical Care, and Access to my Medical Record's. Reimbursement Court cost's, Attorney's fee's, filing fee's.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on X 10.5.17                                    X N. Bun
            DATE                                       SIGNATURE OF PLAINTIFF

—— n a ——
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

—— n a ——
(Signature of attorney, if any)

_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

Declaration of AFFIDAVIT
By
NIGEL BROWN #63566-053
P.O. BOX 24550
TUCSON, AZ 85734

I, Nigel BROWN, hereby declare under the penalty of perjury 28 USC § 1746 that the statement given below is true and correct on this 10 day of MAY, TWO-THOUSAND AND SEVENTEEN.

X _N. Brown_
NIGEL BROWN

I, Nigel Brown hereby declare that the attached petition under 28 USC § 1331 is true and correct under the penalty of perjury, that the United States Bureau of Prisons refuses to file and process my grievance(s), deny myself adequate medical care, and require surgery on my left knee, that the Bureau of Prisons impeding my incoming and outgoing legal mail, restraining me in segregation after my sanction(s) were complete in 2016 on or around June.

PAGE 1 OF 1

## CERTIFICATE OF SERVICE AND MAILING

I, **NIGE BROW**, certify under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing attached **28 USC § 1331 Civil Rights Action** was deposited in the institutional legal mail system after being properly addressed to the address(es) listed below, having first-class postage prepaid, affixed to the envelope, on the date below. The original of the attached document was filed with the clerk of court using U.S. Postal Service, at the following addres:

> U.S. District Court
> 405 W. Congress St,
> Room 1500
> Tucson, AZ. 85701

A true and correct copy of the attached was served on:

> NIGEL BROW #63566-053
> USP Tucson
> P.O. Box 24550
> Tucson, AZ. 8573

I certify that the attached was filed with the Court, served on the above named party, and deposited in the institutional legal mail system on this X **10** day of X **MAY**, X 20**17**. The attached is considered filed into the Court on the date above in accordance with Houston v. Lack, 101 L.Ed.2d 245 (1988).

X /s/ N. Brow

Case Name: **NIGEL BROWN** Vs **Patrick Kane, J.T. Sharette, Gallion**
Case No.: