MH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nigel Brown,<br><br>                Plaintiff,<br><br>v.<br><br>Patrick Kane, et al.,<br><br>                Defendants. | No.   CV 17-00218-TUC-JAS<br><br>**ORDER** |

On May 15, 2017, Plaintiff Nigel Brown, who is confined in the United States Penitentiary-Tucson, filed a pro se civil rights Complaint pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971).  In a May 19, 2017 Order, the Court gave Plaintiff 30 days to either pay the filing and administrative fees or file an application to proceed in forma pauperis.  Plaintiff subsequently paid the $400.00 filing and administrative fees and filed an Application to Proceed In Forma Pauperis and a Motion for Preliminary Injunction and Temporary Restraining Order.  In a June 27, 2017 Order, the Court denied Plaintiff's Application to Proceed as moot, dismissed the Complaint with leave to amend, and denied Plaintiff's Motion for Preliminary Injunction and Restraining Order.  Plaintiff was given 30 days to file an amended complaint that cured the deficiencies identified in the Court's Order.

On June 30, 2017, Plaintiff filed a Motion for Extension of Time (Doc. 9) seeking "additional time to submit payment and or forma pa[u]peris due to being detained in segregation."  As noted above, Plaintiff has already submitted a $400.00 payment to the

**JDDL-K**

Clerk of Court and has therefore discharged his payment obligations with respect to this action. Accordingly,

**IT IS ORDERED:**

    (1)    Plaintiff's Motion for Extension of Time (Doc. 9) is **denied** as moot.

    (2)    The **July 27, 2017** deadline for Plaintiff to file his amended complaint is hereby affirmed.

Dated this 12th day of July, 2017.

*[signature]*

Honorable James A. Soto
United States District Judge