# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nigel Brown,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Patrick Kane, et al.,<br><br>　　　　　Defendants. | NO. CV-17-00218-TUC-JAS (PSOT)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed June 27, 2017, Plaintiff to take nothing, and the complaint and action are dismissed with prejudice. This dismissal may count as a "strike" under 28 U.S.C. § 1915(g).

　　　　　　　　　　　　　　　　　　　Brian D. Karth
　　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

September 12, 2017

　　　　　　　　　　　　　　　　　　　s/ D. Scumaci-Vroegh
　　　　　　　　　　　　　　　By　　Deputy Clerk